UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
M E M O R A N D U M

RE: Sergio Contreras-Sanchez

CASE NO.: 2:00-cr-00177-KJD-RJJ

**REQUEST FOR RELEASE OF PRESENTENCE INVESTIGATION REPORT**

October 26, 2010

TO: HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

On October 25, 2000, Your Honor sentenced the defendant to 32 months Bureau of Prisons for Unlawful Reentry of Deported Alien, followed by two years supervised release. The offender's supervision commenced on August 6, 2002, and he was successfully discharged on August 5, 2004.

Contreras-Sanchez has a new federal conviction in the Western District of Oklahoma for Conspiracy to Distribute a Controlled Substance. In preparation of their presentence investigation, the probation office in the Western District of Oklahoma is requesting a copy of the defendant's presentence investigation report from the District of Nevada. If your Honor is in agreement of releasing a copy of the presentence investigation report, please indicate by signing below. Thank you for your consideration in this matter.

Sincerely,

ANITRA GALLOWAY
Probation Services Assistant

AG:ag

APPROVED: _____
NANCY M. BOULTON, Supervising
U.S. Probation Officer

APPROVED: __KJD__   DISAPPROVED: _____\

_____   11/8/2010
HONORABLE KENT J. DAWSON   DATE
UNITED STATES DISTRICT JUDGE